

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 192ND DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On **December 19, 2024**, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Ex Parte The City of Irving Texas

Court of Appeals No. 15-24-00029-CV
Trial Court No. DC-10-11029

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, the City of Irving, signed, October 16, 2023, was heard on the appellate record. We have inspected the record and find that the court below lacked jurisdiction to consider the City of Irving's "Petition for Supplemental Relief." We order the judgment of the court below **REVERSED** and **RENDER** judgment that the City of Irving's "Petition for Supplemental Relief" is dismissed for lack of jurisdiction.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 25, 2025.

CHRISTOPHER A. PRINE, CLERK